**PRINDLE, AMARO, GOETZ,
HILLYARD, BARNES & REINHOLTZ LLP**
R. Derek Classen, Esq. (Bar No. 162805)
310 Golden Shore, Fourth Floor
Long Beach, California 90802
Telephone: (562) 436-3946
Facsimile: (562) 495-0564
dclassen@prindlelaw.com
TARG-0308

JS 6

Attorneys for Defendant, TARGET STORES, a Division of TARGET CORPORATION, erroneously served and sued herein as TARGET STORES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| TAMMI BETTES,<br><br>   Plaintiff,<br><br>v.<br><br>TARGET STORES, and DOES 1 to 20, Inclusive,<br><br>   Defendants. | CASE NO.  EDCV10-271 VAP (AGRx)<br><br>**ORDER** |

Based upon the parties' Stipulation and the Plaintiff's admission that her case is worth less than 75,000.00 and she will not seek recovery in excess thereof, this court does not have subject matter jurisdiction and this matter is hereby remanded to the Superior Court, County of Riverside.

DATED: 4/5/10

*Dale S. Fischer*
_____
JUDGE OF THE U.S. DISTRICT COURT